UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

TIMOTHY WALLACE, :
                               CIVIL ACTION NO. 3:22-0257
    Petitioner :
                               (JUDGE MANNION)
    v. :

WARDEN S. SPAULDING, :

    Respondent :

### ORDER

In accordance with this court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

1. The petition for a writ of habeas corpus (Doc. 1), pursuant to 28 U.S.C. §2241 is **DISMISSED** without prejudice for Petitioner's failure to exhaust administrative remedies.

2. The Clerk of Court is directed to **CLOSE** the above captioned case.

                                      *MALACHY E. MANNION*
                                      United States District Judge

Dated: July 13, 2023
22-0257-01-Order